JOHN C. KIRKE, #175055
DANIEL J. SCHACHT, #259717
DONAHUE GALLAGHER WOODS LLP
Attorneys at Law
300 Lakeside Drive, Suite 1900
Oakland, California 94612-3570
Telephone: (510) 451-0544
Facsimile: (510) 832-1486
Email: johnk@donahue.com
daniel@donahue.com

Attorneys for Plaintiff
JAMES MORRISON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MORRISON,<br><br>    Plaintiff,<br><br>v.<br><br>JEREMY MAURER<br><br>    Defendant. | CASE NO. 3:09-cv-02736-PJH<br><br>**PLAINTIFF JAMES MORRISON'S**<br>**REQUEST FOR JUDICIAL NOTICE**<br><br>Date: September 9, 2009<br>Time: 9:00 a.m.<br>Place: Courtroom 5, 17th Floor<br>Judge: Hon. Phyllis J. Hamilton |

Plaintiff JAMES MORRISON ("Plaintiff"), by and through his attorneys, hereby requests the Court to take judicial notice pursuant to Federal Rule of Evidence 201 of the following fact:

(1)  The Petition and Order of Expunction signed April 17, 2006, by the District Attorney and May 1, 2006, by the presiding judge, a file-endorsed partially redacted copy of which is attached to the Declaration of John C. Kirke in Support of Request for Judicial Notice and Plaintiff James Morrison's Motion to Transfer Case as Exhibit A.

Dated: August 26, 2009                    DONAHUE GALLAGHER WOODS LLP

By: _____
John C. Kirke
Attorneys for Defendants
JAMES MORRISON