

1  JEREMY MAURER, Pro Se
   P.O. Box 1114
2  Livermore, California 94551-1114
   Telephone (925) 246-5879
3
   Defendant Pro Se
4

5

6

7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10                   **SAN FRANCISCO DIVISION**

11  JAMES MORRISON,                    CASE NO.  3:09-cv-02736-PJH

12             Plaintiff,              **DECLARATION OF JEREMY MAURER**
                                       **IN OPPOSITION TO PLAINTIFF'S**
13     vs.                             **MOTION TO TRANSFER CASE**

14  JEREMY MAURER,                     Hearing Date:    September 9, 2009
                                       Time:            9:00 a.m.
15             Defendant.              Place:           17th Floor, Courtroom 5
                                       Judge:           Hon. Phyllis J. Hamilton
16

17

18         I, Jeremy Maurer, declare as follows:

19         1.      I am the defendant in this action, one of many actions with Mr. Morrison. I have

20  knowledge of the facts set forth herein, and if called to testify as a witness thereto, could do so

21  competently under oath.

22         2.      On or about April 8, 2005, the Superior Court of California, County of Santa Clara

23  issued a restraining order against Morrison, ordering him to cease communicating with me. A true

24  and correct copy is attached hereto as EXHIBIT 1.

25         3.      On or about May 4, 2005 MORRISON was arrested for filing a false police report.

26  A true and correct copy is attached hereto as EXHIBIT 2.

27         4.      On or about May 16, 2005 Chief United States District Judge Graham C. Mullen

28  of the U.S. District Court, Western District of North Carolina issued an Order declaring Morrison

                                          1

1    brought the action in bad faith or for the purposes of harassment. A true and correct copy is

2    attached hereto as EXHIBIT 3.

3        5.      On or about January 8, 2009 MORRISON filed an action in Alameda County

4    Superior Court indicating that he was a resident of Issaquah, Washington. A true and correct copy

5    is attached hereto as EXHIBIT 4.

6        I declare under penalty of perjury that the foregoing is true and correct.

7    DATED: August 19, 2009

8

9                                         By: _____
                                                JEREMY MAURER

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        2
    **DECLARATION OF JEREMY MAURER IN OPPOSITION TO PLAINTIFF'S MOTION TO TRANSFER CASE**

# EXHIBIT 1

**CH-140** **Restraining Order After Hearing to Stop Harassment**

*Clerk stamps date here when form is filed.*

2005 APR -8 AM 8: 24

KIRI TORRALES
SUPERIOR COURT OF CA.
CO. OF SANTA CLARA
BY _____ DEPUTY
C. CORRAL

**(1)** Your name *(person asking for protection):*
Jeremy D. Maurer

Your address *(skip this if you have a lawyer): (If you want your address to be private, give a mailing address instead):*
418 Vaughn Ave

City: San Jose  State: CA  Zip: 95128

Your telephone *(optional):* (_____)

Your lawyer *(if you have one): (Name, address, telephone number, and State Bar number):*

*Fill in court name and street address:*
**Superior Court of California, County of Santa Clara**
191 N. First St.
San Jose, CA 95113
Civil Division

**(2)** Name of person to be restrained:
James H. Morrison,

*Fill in case number:*
**Case Number:**
1-05-CV037004

Description:
Sex: ☑ M ☐ F Height: 6'3" Weight: Unk Race: White
Hair Color: Unk Eye Color: Unk Age: 33 Date of Birth: 5-15-71

**(3) Hearing**
There was a hearing:
on *(date):* 4-8-05 at *(time):* 9:00 ☑ a.m. ☐ p.m. Dept.: 3 Rm: 3
THOMAS P. HANSEN *(Name of judicial officer)* made the orders at the hearing.
These people were at the hearing:
a. ☑ Plaintiff *(the person in ①)* c. ☐ Plaintiff's lawyer *(name):*
b. ☐ Defendant *(the person in ②)* d. ☐ Defendant's lawyer *(name):*

**(4) This Is a Court Order**
You must obey all the orders indicated below. If you do not obey this Order, you can be arrested and charged with a crime. And you may have to go to jail, pay a fine of up to $1,000, or both.

**(5) Expiration Date**
This Order, except for an award of lawyer's fees, expires at:
*(time):* _____ ☐ a.m. ☐ p.m. or ☑ midnight on *(date)* 4-8-08
If no date is present, this Order expires three years from the date of issuance.

**This is a Court Order.**

Judicial Council of California, www.courtinfo.ca.gov
Revised January 1, 2006, Mandatory Form
Code of Civil Procedure, §§ 527.6 and 527.9
Approved by DOJ

**Restraining Order After Hearing to Stop Harassment (CLETS) (Civil Harassment)**

CH-140, Page 1 of 3 →

American LegalNet, Inc.
www.USCourtForms.com

Your name: Jeremy D. Maurer

| Case Number: |
| 1-05-CV037004 |

**(6)** ☑ **Personal Conduct Orders**

You must *not* do the following things to the people listed in ① and ⑪:

a. ☑ Harass, attack, strike, threaten, assault (sexually or otherwise), hit, follow, stalk, destroy personal property, keep under surveillance, or block movements.

b. ☑ Contact (directly or indirectly), telephone, send messages, mail or e-mail.

Peaceful written contact through a lawyer or a process server or other person for service of legal papers related to a court case does not violate these orders.

**(7)** ☑ **Stay-Away Order**

You must stay at least *(specify):* __300__ yards away from:

a. ☑ The person listed in ①

b. ☑ The people listed in ⑪

c. ☑ The home of the persons in ① and ⑪

d. ☑ Jobs or workplaces of the persons in ① and ⑪

e. ☐ Vehicle of person in ①   ☑ Vehicles of persons in ⑪

f. ☐ The protected children's school or child care

g. ☐ Other *(specify):* _____

This stay away order does not prevent the person in② from going to or from that person's home or place of work.

**(8)** **No Guns or Other Firearms**

You cannot own, possess, have, buy or try to buy, receive or try to receive, or in any other way get a gun or firearm.

**(9)** **Turn In or Sell Guns or Firearms**

You must:

- Sell to a licensed gun dealer or turn in to police any guns or firearms that you possess or control This must be done within 48 hours of receiving this order. But if you were at a hearing on this order, it must be done within 24 hours of the hearing.

- Bring a receipt to the court within 72 hours of receiving this order, to prove that guns have been turned in or sold. *(You may use CH-145 for this.)*

**(10)** ☐ **Other Orders** *(specify):* _____

_____

_____

_____

_____

**(11)** ☑ **Other Protected Persons**

List of the full names of all family and household members protected by these orders:

Sarah Maurer , Josiah Maurer _____

_____

_____

**This is a Court Order.**

| Case Number: |
| --- |
| 1-05-CV037004 |

Your name: Jeremy D. Maurer

## Instructions for the Protected Person

**To the person in ①** *(Write the name of the person in ①)*: Jeremy D. Maurer

**(12)** ☐ **Delivery to Law Enforcement**

If the court issues restraining orders, by the close of business on the date this Order is made, you or your attorney must deliver a copy of this Order and any proof of service forms to each law enforcement agency listed below:

Name of Law Enforcement Agency:                    Address (City, State, Zip)

**(13)** ☐ **No Fee for Service of Order by Law Enforcement**

The sheriff or marshal will serve this Order without charge because the Order is based on stalking or a credible threat of violence resulting from a threat of sexual assault or stalking.

Date: **APR - 8 2005**

▶ _____
*Judicial Officer* THOMAS P. HANSEN

### Warnings and Notices to the Restrained Person in ❷

#### You Cannot Have Guns or Firearms

You cannot own, have, possess, buy or try to buy, receive or try to receive, or otherwise get a gun while this Order is in effect. If you do, you can go to jail and pay a $1,000 fine. You must sell to a licensed gun dealer or turn in to police any guns or firearms that you have or control in accordance with item ⑨ above. The court will ask you for proof that you did so. If you do not obey this Order, you can be charged with a crime.

### Instructions for Law Enforcement

This Order is effective when made. It is enforceable anywhere in all 50 states, the District of Columbia, all tribal lands, and all U.S. territories and shall be enforced as if it were an Order of that jurisdiction by any law enforcement agency that has received the Order, is shown a copy of the Order, or has verified its existence on the California Law Enforcement Telecommunications System (CLETS). If the law enforcement agency has not received proof of service on the restrained person, and the restrained person was not present at the court hearing, the agency shall advise the restrained person of the terms of the Order and then shall enforce it. Violations of this restraining order are subject to criminal penalties.

*(Clerk will fill out this part)*
## Clerk's Certificate

*Clerk's Certificate*
*[seal]*

I certify that this *Restraining Order After Hearing to Stop Harassment (CLETS)* is a true and correct copy of the original on file in the court.

**KIRI TORRE**

Date: APR 0 8 2005 Clerk, by _____, Deputy

### This is a Court Order.

**Restraining Order After Hearing
to Stop Harassment (CLETS)
(Civil Harassment)**

# EXHIBIT 2



LI. **WORKING GOVERNING VISITING**

*Office of the Sheriff*
Mecklenburg County, North Carolina

# Arrest Summary

**Contract Services**
**Special Services**
**Specialized Units**
**Inmate Information**
**-Inmate Health**
**-Inmate Finance**
**-Inmate Lookup**
**-Inmate Mail**
**-Commissary Menu**
**and Schedule**
**-Inmate Programs**
**-Inmate Trust**
**Account**
**-Visitation Schedule**
**-Warrant Lookup**
**Civil Processes**
**Detention**

Arrest#:1236086

PID#:314720

Name :    MORRISON, JAMES HAFELE
Alias:

Race/Sex:W/M      Date of
                  Birth:05/15/1971
Height:6'03"      Weight:230

Address:     006420214 REA
             CHARLOTTE NC 28277

Arrested:05/04/2005           At:14:51          By:

[Charges]    [Back]    [FAQ]    [Search]

**Living / Working / Governing / Visiting / Contacts**
**Jobs / Services / Departments / Using this Site**







LIV... WORKING GOVERNING VISITING

*Office of the Sheriff*
Mecklenburg County, North Carolina



# Charge Display

Arrest#: 01236086                    PID#: 314720

Name  : MORRISON, JAMES              Alias:
         HAFELE

**Contract Services**
**Special Services**
**Specialized Units**
**Inmate Information**
**-Inmate Health**
**-Inmate Finance**
**-Inmate Lookup**
**-Inmate Mail**
**-Commissary Menu**
**and Schedule**
**-Inmate Programs**
**-Inmate Trust**
**Account**
**-Visitation Schedule**
**-Warrant Lookup**
**Civil Processes**
**Detention**

| Case | Description | Process |
|------|-------------|---------|
| 0522033401 | FALSE POLICE REPORT | WAR |
| MISDEMEANOR | 500.00   SEC | |

[Summary]   [Back]   [FAQ]   [Search]

 

Living / Working / Governing / Visiting / Contacts
Jobs / Services / Departments / Using this Site

CHARLOTTE-MECKLENBURG
POLICE RECORDS

| Description: |
| --- |
| VICTIM'S NAME, SOCIAL SECURITY NUMBER, |
| DATE OF BIRTH. |

| Year | Vine / Serial# |
| --- | --- |
| Forged: $0.00 | Found: $0.00 |
| Seized: $0.00 | Stolen: $1.00 |

NIBRS Classification

Impersonation

Clearance Date: Case Status:
05/04/2005

Approving Officer:
W W BOWLING  000752

CHARLOTTE
POLICE RECORDS

Doing Business As:
CHARLOTTE MECKLENBURG POLICE
DEPARTMENT

CHARLOTTE, NC 28202

Entry Date/Time
04/21/2008 1234

...mistakenly identify of fraud (2008xxxxxxxxxxxxx). Clin...
...were found to be false and have never be...

...no further investigation. **CERTIFIED TRUE COPY**
**CHARLOTTE-MECKLENBURG**
**POLICE RECORDS**

# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04CV567

JAMES MORRISON, )
)
    Plaintiff, )
)
vs. )       ORDER
)
WOLPOFF & ABRAMSON, LLP, )
et al., )
)
    Defendant. )
_____ )

    This matter is before the court upon Defendants' Motion to Modify Order of Dismissal With Prejudice pursuant to Rule 60(b)(3) of the Federal Rules of Civil Procedure to provide for the recovery of attorney's fees pursuant to 15 U.S.C. §1692k(a)(3). The *pro se* Plaintiff has failed to respond to this motion, even after receiving an extension of time to do so.

    The *pro se* Plaintiff filed this lawsuit alleging claims under the Fair Debt Collection Practices Act. The Defendants filed Answers seeking payment of attorney fees and costs pursuant to 15 U.S.C. § 1692k(a)(3). The Defendants moved for summary judgment, but before the court could rule upon the motion, Plaintiff filed a stipulation of dismissal. The stipulation asserted that "Defendant agrees to the dismissal." Defendants filed an affidavit establishing that Plaintiff misrepresented the Defendants' consent to an entry of dismissal with prejudice. Defendants request that the court modify its Order of dismissal to require the Plaintiff to pay Defendants' attorney's fees in the amount of $1,782.38.

    The court finds that relief under Rule 60(b)(3) is merited. The motion was timely filed, there is no unfair prejudice to the Plaintiff, and Defendants have clearly demonstrated exceptional circumstances, thereby satisfying the grounds for relief. See Compton v. Steamship Co., 606 F.2d 96, 102-103 (4th Cir. 1979). The court further finds that this action was brought in bad faith or for the purposes of harassment, and Defendants are entitled to attorney's fees in the amount of $1,782.38.

    IT IS THEREFORE ORDERED that Defendants' Motion to Modify Order of Dismissal With Prejudice is hereby GRANTED, and the Order of Dismissal is ordered modified to require that Plaintiff pay Defendants' reasonable attorney's fees in the amount of $1,782.38.

**Signed: May 16, 2005**

Graham C. Mullen
Chief United States District Judge

# EXHIBIT 4

F I L
*7153808*
ALAMEDA COUNTY

JAN - 8 2009

CLERK OF THE SUPERIOR COURT
By _____
Deputy
Summons
issued

1  CLAASSEN SANTILUKKA,
   a law partnership
2  John Claassen (State Bar No 212954)
   2201 Broadway, Suite 803
3  Oakland, CA 94612
   Telephone:   (510) 251-8010
4  Facsimile:   (510) 868-3398

5  Attorneys for Plaintiff
6  JAMES MORRISON

7

8          SUPERIOR COURT FOR THE STATE OF CALIFORNIA

9                       COUNTY OF ALAMEDA

10              GALE-SCHENONE HALL OF JUSTICE

11                   UNLIMITED CIVIL CASE

12

13
                                           Case No.:  VG 09429661
14  JAMES MORRISON, an individual,

15              Plaintiff,                  **COMPLAINT FOR BREACH OF
                                           CONTRACT AND DEFAMATION**
16        vs.

17  JEREMY D. MAURER, an individual, and DOES
18  1 TO 10,

19              Defendants.

20

21

22

23

24

25

26

27

28

**COMPLAINT**

1

## COMPLAINT

2 · Plaintiff James Morrison, an individual ("Plaintiff"), alleges this complaint against defendant

3 Jeremy D. Maurer and the other unnamed defendants ("Defendants") as follows:

4

### I. THE PARTIES

5 . 1. Plaintiff is a competent adult who resides at 2173 Shy Bear Way NW, Issaquah,

6 Washington.

7 2. Upon information and belief, defendant Jeremy Maurer ("Maurer") is a licensed private

8 investigator with a place of business in Alameda County, California.

9 3. Plaintiff is ignorant of the true names and capacities of defendants sued herein as Does 1

10 through 10, inclusive, and therefore sues said defendants by such fictitious names. Such defendants are

11 in some manner responsible for the harms alleged herein. Plaintiff will amend this complaint to allege

12 such defendants' true names and capacities when ascertained. From time to time, Maurer and Does 1 to

13 10 will be referenced collectively as "Defendants."

14

### II. FACTUAL ALLEGATIONS

15 4. In 2005, Plaintiff initiated a legal action against Maurer in the State of North Carolina,

16 Mecklenburg County, entitled <u>James Morrison v. James Keener and Jeremy Maurer</u>, 05 CVS 8559 ("the

17 2005 Action"). Plaintiff was a resident of the State of North Carolina at the time. The 2005 Action

18 alleged claims for Defamation, Unfair and Deceptive Trade Practices, violations of the Racketeering

19 Influence and Corrupt Organization Act, Injunctive Relief and Abuse of Process.

20 5. On June 15, 2006, Plaintiff and Maurer agreed to resolve the 2005 Action by settlement

21 through a written agreement executed by them ("the Agreement"). A true and correct copy of the

22 Agreement is attached hereto as <u>Exhibit A</u>.

23 6. As part of the Agreement, Maurer agreed to immediately cease any and all direct or

24 indirect contact, then and in the future, with Plaintiff, his family, friends, employers, and associates or

25 "to communicate in any way with any person or entity regarding the Plaintiff." Maurer further agreed

26 "not to disparage the Plaintiff in any way, now and in the future."

27 7. Pursuant to the Agreement, the 2005 Action was dismissed by Plaintiff.

28

---

8.      On or around February 15, 2008, Plaintiff initiated a legal action against Maurer alleging a violation of the Agreement the specific provisions referenced above in paragraph 6. The action was instituted in the State of North Carolina, Mecklenburg County, and is entitled <u>James Morrison v. Jeremy Maurer</u>, 08 CVS 3523 ("the 2008 Action").

9.      Maurer failed to appear or otherwise plead in the 2008 Action.

10.     On May 30, 2008, the Mecklenburg County Clerk of Superior Court in North Carolina entered and filed the default of Maurer. Judgment by Default was entered by the Superior Court in the State of North Carolina against Maurer for approximately $165,000 on July 17, 2008.

11.     Plaintiff filed an Application for Entry of Judgment on Sister-State Judgment in Alameda County Superior Court on September 22, 2008. The application was given case number RG08410977 ("Entry of Judgment Action") and was granted.

12.     On November 13, 2008, Maurer filed a motion to vacate judgment in the Entry of Judgment Action. In it, he claimed service was not properly effectuated in the 2008 Action.

13.     Plaintiff is informed and believes and on that basis alleges that, on or around October 31, 2008, Defendants communicated with one or more third parties regarding Plaintiff and by disparaging Plaintiff to third parties. Specifically, Plaintiff is informed and believes and on that basis alleges that, on or around October 31, 2008, Defendants posted or caused to be posted a comment on a blog at web address http://foryourapproval.blogspot.com that references Plaintiff. The comment posted by "Anonymous" mentions Plaintiff by name and a news article about Plaintiff.

14.     Plaintiff is informed and believes and on that basis alleges that, on or around November 2, 2008, Defendants posted or caused to be posted a comment on a blog at web address http://foryourapproval.blogspot.com that states: "According to the article, [Plaintiff] falsified court documents. *Anyone can get a default judgment if one were to falsify proof of service forms.* How would someone even know how to defend themself (sic)?" (emphasis added). At the time this comment was posted, Maurer had not yet filed or served the motion to vacate that alleged a deficient proof of service.

//

//

1

2   III.    **CAUSES OF ACTION**

3   **FIRST CAUSE OF ACTION**

4   **(BREACH OF AGREEMENT – AGAINST MAURER)**

5      15.    Plaintiff repeats and re-alleges paragraphs 1 through 14, above, as though they were

6   fully set forth herein.

7      16.    Maurer has caused to be stated in writing a series of statements as set forth in

8   paragraphs 13 and 14 that (i) reference Plaintiff; (ii) allege that Plaintiff falsified court documents in

9   the past; and (iii) suggests that Plaintiff falsified the proof of service in the 2008 Action that is the

10  basis of the Entry of Judgment Action.

11     17.    Plaintiff is informed and believes and on that basis alleges that each of the above

12  written statements resulted from Maurer or communications from him with one or more third parties

13  regarding Plaintiff.

14     18.    Each of the above written statements disparages Plaintiff.

15         WHEREFORE, Plaintiff respectfully demands the relief set forth below.

16

17  **SECOND CAUSE OF ACTION**

18  **(LIBEL – AGAINST MAURER)**

19     19.    Plaintiff repeats and re-alleges paragraphs 1 through 18, above, as though they were

20  fully set forth herein.

21     20.    Plaintiff is informed and believes and on that basis alleges that Maurer caused to be

22  stated in writing a statement as set forth in paragraph 14 that (i) alleges that Plaintiff falsified court

23  documents in the past; and (iii) suggests that Plaintiff falsified the proof of service in the 2008 Action

24  that is the basis of the Entry of Judgment Action.

25     21.    Each of the above written statements and their implications is false.

26     22.    Plaintiff is informed and believes and on that basis alleges that each of the Defendants

27  knew that each such statement was false when uttered or, in the alternative, each of the Defendants acted

28  in reckless disregard of the truth when such statement was made.

23.    The statements described above had a natural tendency to expose Plaintiff to contempt, ridicule, or obloquy, or which caused him to be shunned or avoided.

24.    Defendants published such statements.

25.    Such statements were libelous on their face.

26.    Such statements were not privileged because, among other things, Plaintiff is informed and believes and on that basis alleges that Defendants' acts as alleged herein were the product of oppression, fraud, and malice as defined in Civil Code section 3295, thus entitling Plaintiff to an award of exemplary damages.

WHEREFORE, Plaintiff respectfully demands the relief set forth below.

## IV.    **DEMAND FOR RELIEF**

WHEREFORE, Plaintiff respectfully demands that a judgment be entered, jointly and severally, against each of the Defendants as follows:

1.    For an order prohibiting Maurer from further engaging in activities that defame, disparage, or in any other manner breach Maurer's obligations under the Agreement;

2.    For compensatory damages in an amount to be proved at trial but no less than $100,000;

3.    For punitive damages for oppressive, willful, and/or fraudulent conduct pursuant to Civil Code section 3295;

4.    For costs of suit; and

5.    For any further relief the Court deems just and proper.

Respectfully submitted,

DATED: January 7, 2009                    CLAASSEN SANTILUKKA,
                                          a law partnership

                                          By:
                                              JOHN CLAASSEN
                                              Attorney for Plaintiff
                                              JAMES MORRISON

COMPLAINT

-4-

1

## **CERTIFICATE OF SERVICE**

2

3        I, the undersigned, declare that I am employed in the County of Alameda. I am

4    over the age of 18 years and not a party to the within entitled action. My business

5    address is 505 14th Street, Suite 600, Oakland, California 94612.

6

7        On August 19, 2009, I served the within **DECLARATION OF JEREMY MAURER**

8    **IN OPPOSITION TO PLAINTIFF'S MOTION TO TRANSFER CASE** by placing a true

9    copy thereof in a sealed envelope with postage thereon fully prepaid, in the United

10   States Mail at Oakland, California, to all parties entitled to receive regularly mailed

11   notices, addressed as follows:

12   JOHN C. KIRK, ESQ.
     DANIEL J. SCHACHT, ESQ.
13   DONAHUE GALLAGHER WOODS LLP
     300 LAKESIDE DRIVE, SUITE 1900
14   OAKLAND, CA 94612-3570

15       I declare, under penalty of perjury, that the foregoing is true and correct. Executed

16   this 19th day of August, 2009 in Oakland, California.

17   Dated: August 19, 2009                    x. _____

18                                             CHRIS DRELICH

19

20

21

22

23

24

25

26

27

28