UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES MORRISON,

    Plaintiff,

    v.

JEREMY MAURER,

    Defendant.
_____/

No. C 09-2736 PJH

**AMENDMENT TO ORDER GRANTING MOTION TO TRANSFER**

    The court hereby corrects and amends its order of September 1, 2009, granting plaintiff's motion to transfer and vacating hearing date, as follows:

    The hearing date of September 9, 2009 is VACATED pursuant to Civil Local Rule 7-1(b).

**IT IS SO ORDERED.**

Dated: September 1, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge